David R. Shaub, Esq. (Calif. State Bar No. 032322)
Lisbeth Bosshart Merrell, Esq. (Calif. State Bar No. 201822)
Cassandra M. Lamb, Esq. (Calif. State Bar No. 270227)
SHAUB & WILLIAMS LLP
12121 Wilshire Boulevard, Suite 205
Los Angeles, CA 90025
310-826-6678, 310-826-8042 (facsimile)
lawfirm@sw-law.com

David Rosenbaum (admitted *pro hac vice*)
ROSENBAUM & SILVERT, P.C.
1480 Techny Road
Northbrook, IL 60062
(847) 770-6000; (847) 770-6006 (fax)
drosenbaum@biopatentlaw.com
Attorneys for Defendants

Patrick T. Michael (SBN: 169745)
Marcus T. Hall (SBN: 206495)
Mari Overbeck (SBN: 261707)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5802
Telephone:     (415) 591-1000
Facsimile:     (415) 591-1400
Email:     pmichael@winston.com
Email:     mthall@winston.com
Email:     moverbeck@winston.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LAM RESEARCH CORPORATION,<br><br>        Plaintiff,<br><br>   vs.<br><br>SCHUNK SEMICONDUCTOR and XYCARB CERAMICS,<br><br>        Defendants. | Case No.: 3:03-cv-1335 CRB<br><br>**STIPULATION TO WITHDRAW DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST SUPPLEMENTAL COMPLAINT AND FOR DEFENDANTS TO ANSWER PLAINTIFF'S FIRST SUPPLEMENTAL COMPLAINT BY OCTOBER 29, 2010** |

**WHEREAS** Plaintiff's First Supplemental Complaint was filed on September 17, 2010;

**WHEREAS** Defendants filed a Motion to Dismiss Plaintiff's First Supplemental Complaint on October 4, 2010;

**WHEREAS** a Case Management Conference was held on October 15, 2010 before the Honorable Charles R. Breyer at which point the case was referred to Magistrate Judge Joseph C. Spero for discovery proceedings;

**WHEREAS** Defendants have agreed to withdraw their Motion to Dismiss Plaintiff's First Supplemental Complaint;

**WHEREAS** both Plaintiff and Defendants agree to the filing of Defendants' Answer and related Counter-Claims to Plaintiff's First Supplemental Complaint by October 29, 2010.

The parties to this action, by and through their counsel of record, Robert C. Matz, Esq. of SHAUB & WILLIAMS, LLP, attorneys for Defendants, SCHUNK SEMICONDUCTOR and XYCARB CERAMICS, and Patrick T. Michael, Esq. of Winston & Strawn LLP, attorneys for Plaintiff, LAM RESEARCH CORPORATION, hereby stipulate:

1. That Defendants Motion to Dismiss Plaintiff's First Supplemental Complaint shall be withdrawn and taken off calendar before the Court; and

2. Defendants shall file their Answer and related Counter-Claims to Plaintiff's First Supplemental Complaint by October 29, 2010.

It is further agreed that a facsimile copy of the signature of counsel for Defendants and Plaintiff of this Stipulation shall be effective as though it is an original and that this Stipulation may be executed in counterparts.

**IT IS SO STIPULATED.**

Dated: October 21, 2010  **SHAUB & WILLIAMS LLP**

s/Robert C. Matz/_____

Robert C. Matz,

Attorneys for Defendants,

SCHUNK SEMICONDUCTOR and XYCARB CERAMICS

Dated: October 21, 2010  **WINSTON & STRAWN LLP**

s/Patrick T. Michael/_____

Patrick T. Michael,

Attorneys for Plaintiff,

LAM RESEARCH CORPORATION

STIPULATION TO WITHDRAW DEFENDANTS' MOTION TO DISMISS AND TO ANSWER THE FIRST SUPPLEMENTAL COMPLAINT

1

## [PROPOSED] ORDER

In consideration of the Stipulation entered into between the parties on October 21, 2010, Defendants' Motion to Dismiss Plaintiff's First Supplemental Complaint filed on October 4, 2010 is hereby withdrawn and taken off calendar. In addition, Defendants shall have until October 29, 2010 to file their Answer and related Counter-Claims to Plaintiff's First Supplemental Complaint.

**IT IS SO ORDERED.**

DATED: _____October 21_, 2010                 _____



Hon. Charles C. Breyer