Patrick T. Michael (SBN: 169745)
Marcus T. Hall (SBN: 206495)
Mari Overbeck (SBN: 261707)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Telephone:    (415) 591-1000
Facsimile:    (415) 591-1400
Email:   pmichael@winston.com
Email:   mthall@winston.com
Email:   moverbeck@winston.com

Attorneys for Plaintiff
LAM RESEARCH CORPORATION

David R. Shaub (SBN: 032322)
Lisbeth Bosshart Merrill (SBN: 201822)
Robert C. Matz (SBN 217822)
SHAUB & WILLIAMS LLP
12121 Wilshire Blvd. Ste. 205
Los Angeles, CA 90025
Telephone      (310) 826-6678
Facsimile:     (310) 826-8042
Email: lawfirm@sw-law.com


Attorneys for Defendants
SCHUNK SEMICONDUCTOR AND
XYCARB CERAMICS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| LAM RESEARCH CORPORATION, | **Case No. C03-1335 CRB** |
| Plaintiff, | **JOINT [PROPOSED] STIPULATED SCHEDULING ORDER** |
| v. | |
| SCHUNK SEMICONDUCTOR AND XYCARB CERAMICS, | |
| Defendants. | Original Complaint Filed:    March 27, 2003 |

WHEREAS, Plaintiff and Defendants, in connection with the October 15, 2010 Case Management Conference that was conducted in this matter, submitted to the Court Proposed Scheduling Orders containing dates that differed;

1

1  WHEREAS, at the October 15, 2010 Case Management Conference, this Court indicated that it "did not do schedules" and directed the parties to work out their differences – with the assistance of Magistrate Judge Spero – and submit a joint, proposed scheduling order for the Court's approval;

WHEREAS, in keeping with recommendations made by the Court and Magistrate Judge Spero at the October 15, 2010 Case Management Conference, Plaintiff and Defendants have met and conferred and agreed to the schedule set forth in **Attachment A**;

WHEREFORE, premises considered, Plaintiff and Defendants respectfully request that this Court adopt the dates set forth in **Attachment A** as the Court's Scheduling Order in this case.

Respectfully submitted,

Dated: November 22, 2010         WINSTON & STRAWN LLP

By:   /s/ Patrick T. Michael
Patrick T. Michael
Marcus T. Hall
Mari Overbeck
Attorneys for Plaintiff
LAM RESEARCH CORPORATION

Dated: November 22, 2010         SHAUB & WILLIAMS LLP

By:   /s/ Robert C. Matz
Robert C. Matz
David R. Shaub
Lisbeth Bosshart Merrill
Attorneys for Defendants
SCHUNK SEMICONDUCTOR AND XYCARB CERAMICS

## CASE MANAGEMENT ORDER

IT IS HEREBY ORDERED that the dates set forth in **Attachment A** be adopted as the Case Management/Scheduling Order in this case; the trial of this action is hereby set for April 16, 2012.

Dated: November 23, 2010

The Honorable Charles R. Breyer
United States District Judge
Northern District of California

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802