|   |   |
|---|---|
| 1 | David R. Shaub, Esq. (Calif. State Bar No. 032322)<br>Lisbeth Bosshart Merrell, Esq. (Calif. State Bar No. 201822)<br>Cassandra M. Lamb, Esq. (Calif. State Bar No. 270227)<br>SHAUB & WILLIAMS LLP<br>12121 Wilshire Boulevard, Suite 205<br>Los Angeles, CA 90025<br>310-826-6678, 310-826-8042 (facsimile)<br>lawfirm@sw-law.com |

David R. Shaub, Esq. (Calif. State Bar No. 032322)
Lisbeth Bosshart Merrell, Esq. (Calif. State Bar No. 201822)
Cassandra M. Lamb, Esq. (Calif. State Bar No. 270227)
SHAUB & WILLIAMS LLP
12121 Wilshire Boulevard, Suite 205
Los Angeles, CA 90025
310-826-6678, 310-826-8042 (facsimile)
lawfirm@sw-law.com

David Rosenbaum (admitted *pro hac vice*)
ROSENBAUM & SILVERT, P.C.
1480 Techny Road
Northbrook, IL 60062
(847) 770-6000; (847) 770-6006 (fax)
drosenbaum@biopatentlaw.com
Attorneys for Defendants

Patrick T. Michael (SBN: 169745)
Marcus T. Hall (SBN: 206495)
Mari Overbeck (SBN: 261707)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Telephone:   (415) 591-1000
Facsimile:    (415) 591-1400
Email:   pmichael@winston.com
Email:   mthall@winston.com
Email:   moverbeck@winston.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAM RESEARCH CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SCHUNK SEMICONDUCTOR and XYCARB CERAMICS,<br><br>　　　　　Defendants. | Case No.: 3:03-cv-1335 CRB<br><br>**STIPULATION TO WITHDRAW DEFENDANT'S COUNSEL OF RECORD JOHN E. WAGNER FROM THIS LITIGATION AND TO REMOVE HIM FROM THE ECF SYSTEM; [~~PROPOSED~~] ORDER**<br><br>Before: The Honorable Charles R. Breyer |

STIPULATION TO WITHDRAW DEFENDANT'S COUNSEL OF RECORD JOHN E. WAGNER FROM THIS LITIGATION AND TO REMOVE HIM FROM THE ECF SYSTEM

- 1 -

Pursuant to Civil Local Rule 7-11(a) which requires that a motion concerning a miscellaneous administrative matter be accompanied by a stipulation, where possible, and proposed order, the parties to this action hereby submit as follows:

**WHEREAS** Defendants have represented that John E. Wagner was an attorney at the Law Offices of John E. Wagner in Glendale, California, and was admitted in this Court to represent Defendants Schunk Semiconductor, allegedly sued erroneously herein, and Xycarb Ceramics ("Defendants");

**WHEREAS** Defendants have further represented that Mr. Wagner retired during the pendency of reissue and reexamination proceedings and before they were decided on July 31, 2009 by the Board of Patent Appeals and Interferences of the United States Patent and Trademark Office;

**WHEREAS** Defendants have further represented that since his retirement, Mr. Wagner has not and does not represent Defendants in this matter;

**WHEREAS** Defendants have further represented that Defendants continue to be represented by counsel at Shaub & Williams LLP, as well as David Rosenbaum of Rosenbaum & Silvert, P.C., admitted *pro hac vice* in this matter, with Defendants' full knowledge.

The parties to this action, by and through their counsel of record, David R. Shaub, Esq. of SHAUB & WILLIAMS, LLP, attorneys for Defendants XYCARB CERAMICS and SCHUNK SEMICONDUCTOR, allegedly sued erroneously herein, and Patrick T. Michael, Esq. of Winston & Strawn LLP, attorneys for Plaintiff, LAM RESEARCH CORPORATION, hereby stipulate:

STIPULATION TO WITHDRAW DEFENDANT'S COUNSEL OF RECORD JOHN E. WAGNER FROM THIS LITIGATION AND TO REMOVE HIM FROM THE ECF SYSTEM

-2-

1. That John E. Wagner be removed as counsel of record from this litigation and that he also be removed from the ECF system.

It is further agreed that a facsimile copy of the signature of counsel for Defendants and Plaintiff on this Stipulation shall be effective as though it is an original and that this Stipulation may be executed in counterparts.

**IT IS SO STIPULATED.**

Dated: December 27, 2010            **SHAUB & WILLIAMS LLP**

s/David R. Shaub/
David R. Shaub
Attorneys for Defendants,
SCHUNK SEMICONDUCTOR and XYCARB CERAMICS

Dated: December 27, 2010            **WINSTON & STRAWN LLP**

s/Patrick T. Michael/
Patrick T. Michael,
Attorneys for Plaintiff,
LAM RESEARCH CORPORATION

STIPULATION TO WITHDRAW DEFENDANT'S COUNSEL OF RECORD JOHN E. WAGNER FROM THIS LITIGATION AND TO REMOVE HIM FROM THE ECF SYSTEM

- 3 -

### [PROPOSED] ORDER

In consideration of the Stipulation entered into between the parties on December 27, 2010, Defendants' Motion to Withdraw Defendants' Counsel of Record John E. Wagner from this Litigation and to Remove him from the ECF System is hereby granted. John E. Wagner is ordered to be withdrawn as counsel of record for Defendants in the above-captioned case in the United States District Court for the Northern District of California. The Clerk of this Court is directed to effect this change on the Court's docket sheet and in the ECF system in this action.

**IT IS SO ORDERED.**

DATED: 12/28, 2010

_____
The Honorable Charles R. Breyer
UNITED STATES DISTRICT COURT JUDGE

STIPULATION TO WITHDRAW DEFENDANT'S COUNSEL OF RECORD JOHN E. WAGNER FROM THIS LITIGATION AND TO REMOVE HIM FROM THE ECF SYSTEM

- 4 -