1  Patrick T. Michael (SBN: 169745)
2  Marcus T. Hall (SBN: 206495)
   Mari Overbeck (SBN: 261707)
3  WINSTON & STRAWN LLP
   101 California Street
4  San Francisco, CA 94111-5802
   Telephone: (415) 591-1000
5  Facsimile: (415) 591-1400
   Email: pmichael@winston.com
6  Email: mthall@winston.com
   Email: moverbeck@winston.com
7
   Attorneys for Plaintiff
8  LAM RESEARCH CORPORATION

David R. Shaub, Esq. (SBN: 032322)
Lisbeth Bosshart Merrill, Esq. (SBN: 201822)
Robert C. Matz, Esq. (SBN: 217822)
Cassandra M. Lamb, Esq. (SBN: 270227)
SHAUB & WILLIAMS LLP
12121 Wilshire Boulevard, Suite 205
Los Angeles, CA 90025
310-826-6678, 310-826-8042 (facsimile)
lawfirm@sw-law.com

David Rosenbaum (admitted *pro hac vice*)
ROSENBAUM & SILVERT, P.C.
1480 Techny Road
Northbrook, IL 60062
(847) 770-6000; (847) 770-6006 (facsimile)
drosenbaum@biopatentlaw.com

Attorneys for Defendant XYCARB
CERAMICS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

LAM RESEARCH CORPORATION,

        Plaintiff,

        v.

SCHUNK SEMICONDUCTOR and
XYCARB CERAMICS, INC.

        Defendants.

Case No.: C03 -1335 CRB

**JOINT [PROPOSED] STIPULATED
MODIFIED SCHEDULING ORDER
(CIVIL LOCAL RULE 7-12)**

Before: The Honorable Charles R. Breyer

      WHEREAS, on November 16, 2009, a request for ex parte reexamination of claims 1-36

of U.S. Patent No. 5,074,456 (the "'456 Patent") was filed with the United States Patent and

Trademark Office ("USPTO"). On April 24, 2010, the USPTO issued United States Reissue

Patent No. RE 41,266 (the "'266 Reissue Patent"), which is the patent at issue in this action. On

June 16, 2010, Lam Research filed an Administrative Motion to Reopen the above-captioned

case, which was previously stayed by this Court on July 9, 2004. This Court granted that motion

on July 6, 2010.

1        On June 23, 2010, the USPTO granted the November 16, 2009 request for re-examination,

2    and based the re-examination on issued claims 1-36 of the '266 Reissue Patent.  On June 23,

3    2010, the USPTO also issued an initial office action rejecting each claim of the '266 Reissue

4    Patent.  Lam Research Corporation responded to the office action on July 30, 2010.  The United

5    States Patent and Trademark Office issued a final office action rejecting all the issued claims of

6    the '266 reissue patent on February 10, 2011.

7        On March 3, 2011, counsel for Plaintiff contacted counsel for Defendant, informed them

8    of the events occurring in the re-examination of the '266 Reissue Patent, and requested that

9    Defendant stipulate to a stay of the current action due to that re-examination activity.  On March

10    7, 2011, counsel for Plaintiff and counsel Defendant met and conferred regarding Plaintiffs'

11    request to stipulate to a stay of the present action.  Defendant declined to stipulate to a stay, and

12    requested that Plaintiff dismiss its action.  Plaintiff declined to dismiss its action and informed

13    Defendant that it would seek a motion to stay the present action.

14        On March 8, 2011, Xycarb and Lam Research agreed to a joint stipulation extending the

15    dates set forth in this Court's November 23, 2010 Scheduling Order so that proceedings relating

16    to Plaintiff's prospective motion for a stay and Defendant's response could be pursued before this

17    Court.

18        ACCORDINGLY, IT IS HEREBY STIPULATED, by the parties, subject to the approval

19    of the Court, that the dates set forth as Attachment "A" to the Joint Stipulated Scheduling Order

20    entered on November 24, 2010, are modified as set forth in Attachment A hereto, and that the

21    Court adopt those dates as the Modified Scheduling Order in this action.

22                  Respectfully submitted,

23

24

25

26

27

28

Dated: March 8, 2011

WINSTON & STRAWN LLP


By:   /s/ Marcus T. Hall
      Marcus T. Hall
      Patrick T. Michael
      Mari Overbeck
      Attorneys for Defendant
      LAM RESEARCH CORPORATION


SHAUB & WILLIAMS LLP


By:   /s/ David R. Shaub
      David R. Shaub
      Lisbeth Bosshart Merrill
      Cassandra M. Lamb
      Attorneys for Defendant
      XYCARB CERAMICS, INC.


## CASE MANAGEMENT ORDER

IT IS HEREBY ORDERED that the dates set forth in **Attachment A** be adopted as the

Modified Scheduling Order in this case.


Dated: __March 11, 2011_____

_____
The Honorable Charles Breyer
United States Di...
North...

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT · NORTHERN DISTRICT OF CALIFORNIA

Patrick T. Michael (SBN: 169745)
Marcus T. Hall (SBN: 206495)
Mari Overbeck (SBN: 261707)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
Email: pmichael@winston.com
Email: mthall@winston.com
Email: moverbeck@winston.com

Attorneys for Plaintiff
LAM RESEARCH CORPORATION

David R. Shaub, Esq. (SBN: 032322)
Lisbeth Bosshart Merrill, Esq. (SBN: 201822)
Robert C. Matz, Esq. (SBN: 217822)
Cassandra M. Lamb, Esq. (SBN: 270227)
SHAUB & WILLIAMS LLP
12121 Wilshire Boulevard, Suite 205
Los Angeles, CA 90025
310-826-6678, 310-826-8042 (facsimile)
lawfirm@sw-law.com

David Rosenbaum (admitted *pro hac vice*)
ROSENBAUM & SILVERT, P.C.
1480 Techny Road
Northbrook, IL 60062
(847) 770-6000; (847) 770-6006 (facsimile)
drosenbaum@biopatentlaw.com

Attorneys for Defendant XYCARB
CERAMICS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| LAM RESEARCH CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SCHUNK SEMICONDUCTOR and<br>XYCARB CERAMICS, INC.<br><br>Defendants. | Case No.: C03 -1335 CRB<br><br>**ATTACHMENT A TO JOINT<br>[PROPOSED] STIPULATED<br>SCHEDULING ORDER**<br><br><br><br>Before: The Honorable Charles R. Breyer |

///

///

///

**ATTACHMENT A**

| DATE | EVENT |
|---|---|
| Jun. 10, 2011 | File and serve Opening Claim Construction briefs Patent L.R. 4-5(a) |
| Jun. 20, 2011 | File and serve Responsive Claim Construction briefs Patent L.R. 4-5(b) |
| Jul. 1, 2011 | File and serve Reply Claim Construction briefs Patent L.R. 4-5(c) |
| Jul. 12, 2011 | Claim Construction Tutorial |
| Jul. 14, 2011 | Claim Construction Hearing Patent L.R. 4-6 |
| (Est. Aug. 8, 2011) | Court Issues Claim Construction Ruling |
| Two Weeks After Claim Construction (Est. Aug. 22, 2011) | Advice of Counsel Patent L.R. 3-7 |
| Three Months After Claim Construction Ruling (Est. Oct. 14, 2011) | Serve final Privilege Logs |
| Four Months After Claim Construction Ruling (Est. Oct. 31, 2011) | Close of Fact Discovery |
| Two Weeks After Close of Fact Discovery (Est. Nov. 21,  2011) | Last Day to Designate Experts |
| Two Weeks After Designation of Experts (Est. Dec. 5, 2011) | Initial expert reports on issues where the party bears the burden of proof |
| Three Weeks After Initial Expert Reports (Est. Dec. 26, 2011) | Rebuttal Expert Reports |
| One Month After Rebuttal Expert Reports (Est. Jan. 30, 2012) | Completion of expert discovery |
| Four Weeks After Completion of Expert Discovery (Est Feb. 27, 2012) | Last day to file dispositive motions |
| April 16, 2012 | TRIAL |