1  Patrick T. Michael (State Bar No. 169745)
   pmichael@jonesday.com
2  JONES DAY
   555 California Street, 26th Floor
3  San Francisco, CA  94104
   Telephone:     (415) 626-3939
4  Facsimile:      (415) 875-5700

5  Attorneys for Plaintiff
   LAM RESEARCH CORPORATION
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | LAM RESEARCH CORPORATION,          | **Case No. C03-1335- CRB**
12 |           Plaintiff,                | **LAM RESEARCH CORPORATION'S NOTICE OF SUBSTITUTION OF ATTORNEY**
13 |       v.                            |
14 | SCHUNK SEMICONDUCTOR AND           | [PROPOSED] ORDER
   | XYCARB CERAMICS,                    |
15 |                                     |
   |           Defendant.                |
16

17     TO THE COURT, THE CLERK OF THE U.S. DISTRICT COURT, NORTHERN

18 DISTRICT OF CALIFORNIA, ALL PARTIES WHO HAVE APPEARED IN THIS ACTION,

19 AND THEIR COUNSEL OF RECORD:

20     PLEASE TAKE NOTICE that Plaintiff Lam Research Corporation, hereby substitutes the

21 law firm of Jones Day in place of Winston & Straw, LLP as its counsel of record in this action.

22 The contact information for new counsel is as follows:

23     Patrick T. Michael (SBN 169745)
24     JONES DAY
       555 California Street,
25     26th Floor
       San Francisco, CA 94104
26     Telephone: (415) 626-3939
       Facsimile: (415) 875-5700
27     Email:  pmichael@jonesday.com

28

| | |
|---|---|
| 1 | Dated: April 13, 2011 |
| 2 | Jones Day |

By: /s/ Patrick T. Michael
Patrick T. Michael

Counsel for Plaintiff
LAM RESEARCH CORPORATION

In accordance with General Order No. 45, Rule X, the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

**CONSENT TO SUBSTITUTION**

Winston & Strawn LLP hereby consents to this substitution.

Dated: April 13, 2011

By: /s/ Marcus T. Hall
Marcus T. Hall
Winston & Strawn LLP

**CONSENT TO SUBSTITUTION**

Lam Research Corporation hereby consents to this substitution.

Dated: April 13, 2011

By: [signature]
Michael Brandt
Director of Intellectual Property
Lam Research Corporation

**IT IS SO ORDERED:**

Dated: April 15, 2011

By: [signature]
Hon. Charles R. Breyer
United States District Judge

[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]

SFI-676744v1

- 2 -

NOTICE OF SUBSTITUTION OF ATTORNEY
CASE NO. C03-1335 CRB