1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAM RESEARCH CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SCHUNK SEMICONDUCTOR AND<br>XYCARB CERAMICS, INC.,<br><br>Defendant. | **Case No. 3:03-CV-01335 CRB**<br><br><br>**ORDER GRANTING STIPULATED<br>ADMINISTRATIVE MOTION TO LIFT<br>STAY AND REOPEN CASE**<br><br>Complaint Filed:  March 27, 2003 |

1

**ORDER**

2

      The Court's stay in the above captioned case shall be lifted and a Case Management

3

Conference shall be set for November 8, 2013 at 8:30 a.m.  All deadlines pending as of the stay

4

continue to be stayed pending this Court's entry of a new case management order.

5

6

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

7

8

9

10

Dated:_October 1, 2013          By_____

11

                           THE _____. BREYER

12

                           United _____
                           Norther _____



13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER
CASE NO. 03-1335 CRB