1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

LAM RESEARCH CORPORATION,

Plaintiff,

v.

SCHUNK SEMICONDUCTOR AND
XYCARB CERAMICS, INC.,

Defendant.

**Case No. 3:03-CV-01335 CRB**


**ORDER GRANTING STIPULATED
ADMINISTRATIVE MOTION TO LIFT
STAY AND REOPEN CASE**

Complaint Filed:  March 27, 2003

1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24<br>25<br>26<br>27<br>28

## ORDER

The Court's stay in the above captioned case shall be lifted and a Case Management Conference shall be set for November 8, 2013 at 8:30 a.m.  All deadlines pending as of the stay continue to be stayed pending this Court's entry of a new case management order.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated:_October 1, 2013                By_____



THE HONORABLE CHARLES R. BREYER
United States District Judge
Northern District of California

[PROPOSED] ORDER
CASE NO. 03-1335 CRB