STUART C. CLARK (SBN 124152)
Email: clark@carrferrell.com
GERALD P. DODSON (SBN 139602)
Email: jdodson@carrferrell.com
BRYAN J. BOYLE (SBN 253725)
Email: bboyle@carrferrell.com
CARR & FERRELL LLP
120 Constitution Drive
Menlo Park, California 94025
Telephone: (650) 812-3400
Facsimile: (650) 812-3444

Attorneys for LAM RESEARCH CORPORATION

DAVID R. SHAUB (SBN 32322)
Email: dave@sw-law.com
LISBETH BOSSHART MERRILL (SBN 201822)
Email: lmerrill@sw-law.com
CASSANDRA M. TAM (SBN 270227)
Email: cassandra@sw-law.com
SHAUB &WILLIAMS LLP
12121 Wilshire Boulevard, Ste. 205
Los Angeles, California 90025
Telephone: (310) 826-6678
Facsimile: (310) 826-8042
Email: lawfirm@sw-lw.com

Attorneys for XYCARB CERAMICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAM RESEARCH CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SCHUNK SEMICONDUCTOR and XYCARB CERAMICS;<br><br>Defendants.<br><br>XYCARB CERAMICS, INC.,<br><br>Counterclaimant,<br><br>v.<br><br>LAM RESEARCH CORPORATION;<br><br>Counter defendant. | CASE NO. CV03-01335 EMC<br><br>**STIPULATION TO CONTINUE CMC HEARING; [PROPOSED] ORDER**<br><br>Date: December 10, 2013<br>Time: 9.00 a.m.<br>Court: Courtroom 5, 17th Floor<br>Judge: Hon. Edward M. Chen<br><br>Proposed Date:<br>December 19, 2013, 9:00 am |

-1-
STIPULATION TO CONTINUE CMC HEARING; [PROPOSED] ORDER

1   The parties jointly submit this Stipulation to Continue CMC Hearing; [Proposed] Order.

2   **WHEREAS** on November 8, 2013, this case was reassigned from Judge Honorable

3   Charles R. Breyer to Judge Honorable Edward M. Chen who set the Case Management

4   Conference for December 5, 2013;

5   **WHEREAS** on November 22, 2013, the Court reset the Case Management Conference for

6   December 10, 2013;

7   **WHEREAS** counsel for Xycarb Ceramics, Inc. has a conflict the week of December 10,

8   2013 making her unable to fly to San Francisco for a hearing on December 10, 2013;

9   **WHEREAS** the Clerk has informed counsel for Xycarb Ceramics, Inc. that by stipulation,

10  the date could be rescheduled to December 19, 2013;

11  **THEREFORE THE PARTIES HEREBY STIPULATE** through their respective

12  counsel of record that the Case Management Conference presently set for December 10, 2013 take

13  place on **December 19, 2013 at 9:00 am** in Courtroom 5, 17th Floor in San Francisco in the above

14  Court, and that the Case Management Statement be filed by **December 12, 2013**.

15

16  Dated: November 26, 2013          CARR & FERRELL LLP

17

18                                    By: /s/Stuart C. Clark
                                      Attorneys for LAM RESEARCH CORPORATION

19

20  Dated: November 26, 2013          SHAUB & WILLIAMS LLP

21

22                                    By: /s/ Lisbeth Bosshart Merrill
                                      Attorneys for XYCARB CERAMICS, INC.

23

24  IT IS SO ORDERED.

25  Dated: ~~November~~ 12/3, 2013

26                                    _____
                                      [Judge Edward M.] Chen
27                                    [UNITED STATES DISTRICT] JUDGE

28

**IT IS SO ORDERED AS MODIFIED**
Judge Edward M. Chen

STIPULATION TO CONTINUE CMC HEARING; [PROPOSED] ORDER