| | |
|---|---|
| STUART C. CLARK (SBN 124152) | DAVID R. SHAUB (SBN 32322) |
| Email: clark@carrferrell.com | Email: dave@sw-law.com |
| GERALD P. DODSON (SBN 139602) | LISBETH BOSSHART MERRILL (SBN 201822) |
| Email: jdodson@carrferrell.com | Email: lmerrill@sw-law.com |
| BRYAN J. BOYLE (SBN 253725) | CASSANDRA M. TAM (SBN 270227) |
| Email: bboyle@carrferrell.com | Email: cassandra@sw-law.com |
| CARR & FERRELL LLP | SHAUB &WILLIAMS LLP |
| 120 Constitution Drive | 12121 Wilshire Boulevard, Ste. 205 |
| Menlo Park, California 94025 | Los Angeles, California 90025 |
| Telephone: (650) 812-3400 | Telephone: (310) 826-6678 |
| Facsimile: (650) 812-3444 | Facsimile: (310) 826-8042 |
| | Email: lawfirm@sw-lw.com |
| Attorneys for LAM RESEARCH CORPORATION | Attorneys for XYCARB CERAMICS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAM RESEARCH CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SCHUNK SEMICONDUCTOR and XYCARB CERAMICS;<br><br>Defendants.<br><br>———————————————<br><br>XYCARB CERAMICS, INC.,<br><br>Counterclaimant,<br><br>v.<br><br>LAM RESEARCH CORPORATION;<br><br>Counter defendant. | CASE NO. CV03-01335 EMC<br><br>**STIPULATION TO CONTINUE CMC HEARING; [PROPOSED] ORDER**<br><br>Date:  December 10, 2013<br>Time:  9.00 a.m.<br>Court:  Courtroom 5, 17th Floor<br>Judge:  Hon. Edward M. Chen<br><br>Proposed Date:<br>December 19, 2013, 9:00 am |

1   The parties jointly submit this Stipulation to Continue CMC Hearing; [Proposed] Order.

2   **WHEREAS** on November 8, 2013, this case was reassigned from Judge Honorable

3   Charles R. Breyer to Judge Honorable Edward M. Chen who set the Case Management

4   Conference for December 5, 2013;

5   **WHEREAS** on November 22, 2013, the Court reset the Case Management Conference for

6   December 10, 2013;

7   **WHEREAS** counsel for Xycarb Ceramics, Inc. has a conflict the week of December 10,

8   2013 making her unable to fly to San Francisco for a hearing on December 10, 2013;

9   **WHEREAS** the Clerk has informed counsel for Xycarb Ceramics, Inc. that by stipulation,

10  the date could be rescheduled to December 19, 2013;

11  **THEREFORE THE PARTIES HEREBY STIPULATE** through their respective

12  counsel of record that the Case Management Conference presently set for December 10, 2013 take

13  place on **December 19, 2013 at 9:00 am** in Courtroom 5, 17th Floor in San Francisco in the above

14  Court, and that the Case Management Statement be filed by **December 12, 2013**.

Dated: November 26, 2013    CARR & FERRELL LLP

By: /s/Stuart C. Clark
Attorneys for LAM RESEARCH CORPORATION

Dated: November 26, 2013    SHAUB & WILLIAMS LLP

By: /s/ Lisbeth Bosshart Merrill
Attorneys for XYCARB CERAMICS, INC.

IT IS SO ORDERED.

Dated: November 12/3, 2013

**IT IS SO ORDERED AS MODIFIED**
Judge Edward M. Chen
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION TO CONTINUE CMC HEARING; [PROPOSED] ORDER