1  STUART C. CLARK (SBN 124152)
   clark@carrferrell.com
2  GERALD P. DODSON (SBN 139602)
   jdodson@carrferrell.com
3  BRYAN J. BOYLE (SBN 253725)
4  bboyle@carrferrell.com
   CARR & FERRELL LLP
5  120 Constitution Drive
6  Menlo Park, California 94025
   Telephone:  (650) 812-3400
7  Facsimile:   (650) 812-3444

8
   Attorneys for LAM RESEARCH
9  CORPORATION

10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                      SAN FRANCISCO DIVISION

14

15  LAM RESEARCH CORPORATION,            CASE NO. CV03-01335 EMC (JCS)

16            Plaintiff,

17                                       **STIPULATION AND
        v.                               [PROPOSED] ORDER
18                                       MODIFYING RESPONSE DATE
19  SHUNK SEMICONDUCTOR and XYCARB       ON OPPOSITION TO MOTION
    CERAMICS;                            FOR RECONSIDERATION**
20
            Defendants.
21

22
    AND RELATED CROSS ACTION.
23

24
    WHEREAS:
25
        A.      Plaintiff and counter defendant Lam Research Corporation ("Lam") seeks an
26
    extension of time from December 20, 2013 until December 24, 2013 to file its opposition to the
27
    motion for reconsideration of defendant and counterclaimant Xycarb Ceramics, Inc. ("Xycarb");
28

{00736073v1}                             1

1    B.    Xycarb has no objection to Lam being granted the additional time for filing,

2 referenced above:

3    NOW THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through

4 their undersigned counsel, that the Court may enter an order allowing Lam until December 24,

5 2013 to file its opposition brief to Xycarb's motion for reconsideration.

6

7 Dated:  December 10, 2013          SHAUB & WILLIAMS, LLP

8                                    By:  /s/Lisbeth Bosshart Merrill
9                                         LISBETH BOSSHART MERRILL

10                                   Attorneys for XYCARB CERAMICS, INC.

11

12 Dated:  December 10, 2013          CARR & FERRELL LLP

13

14                                   By:  /s/ Stuart C. Clark
15                                        STUART C. CLARK

16                                   Attorneys for LAM RESEARCH CORPORATION

17

18    **ACCORDING TO STIPULATION, IT IS SO ORDERED**

19

20 DATED:  December  11, 2013

21                                   _____

22                                   HON. E
                                     UNITED
23

24

25

26

27

28

{00736073v1}                    2