STUART C. CLARK (SBN 124152)
clark@carrferrell.com
GERALD P. DODSON (SBN 139602)
jdodson@carrferrell.com
BRYAN J. BOYLE (SBN 253725)
bboyle@carrferrell.com
CARR & FERRELL LLP
120 Constitution Drive
Menlo Park, California 94025
Telephone: (650) 812-3400
Facsimile:   (650) 812-3444

Attorneys for LAM RESEARCH CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAM RESEARCH CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>SHUNK SEMICONDUCTOR and XYCARB CERAMICS;<br><br>    Defendants.<br><br>AND RELATED CROSS ACTION. | CASE NO. CV03-01335 EMC (JCS)<br><br>**STIPULATION AND [P~~ROPOSE~~D] ORDER MODIFYING RESPONSE DATE ON OPPOSITION TO MOTION FOR RECONSIDERATION** |

WHEREAS:

    A.    Plaintiff and counter defendant Lam Research Corporation ("Lam") seeks an extension of time from December 20, 2013 until December 24, 2013 to file its opposition to the motion for reconsideration of defendant and counterclaimant Xycarb Ceramics, Inc. ("Xycarb");

B. Xycarb has no objection to Lam being granted the additional time for filing, referenced above:

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, that the Court may enter an order allowing Lam until December 24, 2013 to file its opposition brief to Xycarb's motion for reconsideration.

Dated: December 10, 2013          SHAUB & WILLIAMS, LLP


                                  By: /s/Lisbeth Bosshart Merrill
                                      LISBETH BOSSHART MERRILL

                                  Attorneys for XYCARB CERAMICS, INC.


Dated: December 10, 2013          CARR & FERRELL LLP


                                  By: /s/ Stuart C. Clark
                                      STUART C. CLARK

                                  Attorneys for LAM RESEARCH CORPORATION


**ACCORDING TO STIPULATION, IT IS SO ORDERED**

DATED: December 11, 2013

                                  _____
                                  HON. EDWARD M. CHEN
                                  UNITED STATES DISTRICT JUDGE

[GRANTED — Judge Edward M. Chen — United States District Court, Northern District of California seal]