**In the United States District Court
for the Northern District of California
District Judge Edward M. Chen**

**CIVIL MINUTES ORDER**

**Date:** February 19, 2014

**Case No. and Name:** C03-1335 EMC Lam Research v. Schunk Semiconductor, et al.

**ORDER:**

IT IS HEREBY ORDERED that the parties' request to present expert witness testimony during the claim construction hearing scheduled for February 24, 2014 is denied. The expert declarations submitted with the briefs are adequate and live testimony will be unnecessary.