# SHAUB & WILLIAMS LLP

DAVID R. SHAUB
LESLIE G. WILLIAMS
LISBETH BOSSHART MERRILL *

CASSANDRA M. TAM
KATYA MEZEK
REBECCA HAAKE *

*ALSO ADMITTED IN NEW YORK

ATTORNEYS AT LAW

12121 WILSHIRE BOULEVARD, SUITE 205
LOS ANGELES, CA 90025

TELEPHONE: (310)826-6678
FACSIMILE: (310) 826-8042
E-MAIL: lawfirm@sw-law.com

NETWORK ATTORNEYS
ALICE A. SUN
ROBERT C. MATZ
JENNIFER M. MCCALLUM*

*PATENT ATTORNEY ADMITTED IN COLORADO

DAVID ROSENBAUM**

**PATENT ATTORNEY ADMITTED IN ILLINIOS

The Hon. Joseph C. Spero                                                          May 6, 2014
United States District Court for the Northern District of California
450 Golden Gate Avenue, Courtroom G, 15th Floor
San Francisco, CA 9410

Re:   Discovery Meet and Confer Requested by Plaintiff's Counsel
      3:03-cv-1335 EMC (JCS)

Dear Judge Spero,

      On March 17, 2014, counsel for Defendant Xycarb Ceramics, Inc. ("Xycarb"), Lisbeth Merrill sent a letter to the above counsel for Plaintiff Lam Research Corporation ("Lam") complaining of Lam's deficiencies in discovery responses. On April 2, 1014, Lam responded to the letter in an extremely high level, non-substantive manner. On April 15, 2014, Mrs. Merrill raised Xycarb's issues with Lam's discovery and a potential motion to compel to Judge Chen at the status conference, and Judge Chen informed the parties that the matter was referred to your Honor for discovery disputes. On April 16, 2014, Xycarb's counsel sent an additional letter addressing again Lam's discovery deficiencies and requesting an in person meet and confer with Stuart Clark for April 28, 2014, at or about the time both parties and their counsel would be in San Jose for the Court ordered mediation. On April 30, 2014, the parties' above counsel met and conferred in person in Northern California where Mr. Clark works and resides. During that meet and confer, the parties discussed amending existing responses to comply with Your Honor's standing order regarding discovery responses. Further, although Lam seemed to substantively disagree with most of Xycarb's points, Lam's counsel wanted time to review the responses and send a follow-up response.

      This week, Lam's counsel requested an extension of 30 days for the meet and confer process deadlines. Xycarb's counsel stated that it could grant until May 16, 2014 for Lam to supplement its responses to comply with Your Honor's standing order and to indicate substantively what responses Lam is willing to supplement.

      As a result, Xycarb respectfully requests an extension until May 16, 2014 to provide its letters to the Court pursuant to the standing order in hopes that some of the issues can be resolved without Court intervention. If appropriate, based upon Lam's response, Xycarb may request of the Court additional time pursuant to Lam's request.

Respectfully submitted,

SHAUB &WILLIAMS LLP

By: /s/ Lisbeth Bosshart Merrill
      Lisbeth Bosshart Merrill

Attorneys for Xycarb Ceramics, Inc.

Dated: 5/8/14



ASSOCIATED WITH ROSENBAUM & SILVERT AND JENNIFER MCCALLUM
PATENT ATTORNEYS – CHICAGO, IL & DENVER, CO