# SHAUB & WILLIAMS LLP

DAVID R. SHAUB
LESLIE G. WILLIAMS
LISBETH BOSSHART MERRILL *

CASSANDRA M. TAM
KATYA MEZEK
REBECCA HAAKE *

*ALSO ADMITTED IN NEW YORK

ATTORNEYS AT LAW

12121 WILSHIRE BOULEVARD, SUITE 205
LOS ANGELES, CA 90025

TELEPHONE: (310)826-6678
FACSIMILE: (310) 826-8042
E-MAIL: lawfirm@sw-law.com

NETWORK ATTORNEYS
ALICE A. SUN
ROBERT C. MATZ
JENNIFER M. MCCALLUM*

*PATENT ATTORNEY ADMITTED IN COLORADO

DAVID ROSENBAUM**

**PATENT ATTORNEY ADMITTED IN ILLINIOS

The Hon. Joseph C. Spero
United States District Court for the Northern District of California
450 Golden Gate Avenue, Courtroom G, 15th Floor
San Francisco, CA 9410

May 12, 2014

Re: *Lam Research Corporation v. Xycarb Ceramics,Inc.*, Case No. CV03-01335 EMC (JCS) –
Request for Telephonic Appearance

Dear Judge Spero,

In response to the Court's notice of a discovery hearing [Dkt. 321], scheduled for Friday, May 16, 2014 at 9:30 a.m., Defendant Xycarb Ceramics, Inc. respectfully requests that the Court allow Defendant's counsel, Lisbeth Bosshart Merrill, who is located in Los Angeles, California, to appear at the hearing by telephone.

Respectfully submitted,

SHAUB &WILLIAMS LLP

By: /s/ Lisbeth Bosshart Merrill
    Lisbeth Bosshart Merrill

Attorneys for Xycarb Ceramics, Inc.

Dated: 5/14/14     IT IS HEREBY ORDERED that Ms. Merrill shall provide a direct land line number to the Judge Spero's clerk by Thursday, 5/15/14.  Ms. Merrill shall be on phone standby and await the Court's call.

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Joseph C. Spero]