**In the United States District Court
for the Northern District of California
District Judge Edward M. Chen**

**MINUTE ORDER**

**Date:**  September 15, 2014

**Case No. and Name:**  C03-1335 EMC Lam Research v. Schunk Semiconductor, et al.

**ORDER**

IT IS SO ORDERED that the Court extends the following deadlines:

| | |
|---|---|
| 9/26/14  | Last day to complete mediation |
| 10/10/14 | Rebuttal expert disclosure |
| 10/30/14 | Expert discovery cut off |
| 10/10/14 | Opposition to Defendant Xycarb's MSJ |
| 10/24/14 | Reply due |
| 11/13/14 | Hearing on Defendant Xycarb's MSJ / Further Status (at 1:30 p.m.) |
| 11/ 6/14 | Updated joint status report due |