STUART C. CLARK (SBN 124152)
clark@carrferrell.com
BRYAN J. BOYLE (SBN 253725)
bboyle@carrferrell.com
MICHAEL T. ADELSHEIM (SBN 268817)
madelsheim@carrferrell.com
MARCUS H. YANG (SBN 273509)
myang@carrferrell.com
CARR & FERRELL LLP
120 Constitution Drive
Menlo Park, California 94025
Telephone: (650) 812-3400
Facsimile:  (650) 812-3444

Attorneys for LAM RESEARCH CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAM RESEARCH CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>SHUNK SEMICONDUCTOR and XYCARB CERAMICS;<br><br>  Defendants.<br><br>AND RELATED CROSS ACTION | CASE NO. CV03-01335 EMC (JCS)<br><br>**STIPULATION POSTPONING AND RESCHEDULING XYCARB CERAMICS' DEPOSITION IN HOLLAND** |

**WHEREAS:**

A. Pursuant to the parties' stipulation of August 22, 2014, which was approved by the Court on August 25, 2014 (Docket 389), the deposition of Xycarb Ceramics BV in Holland (the "Xycarb Holland Deposition") is scheduled for September 25, 2014;

B. In light of the resumed mediation that is scheduled to take place on September 29, 2014, the parties have agreed to postpone and reschedule the Xycarb Holland Deposition for a date after the mediation:

**NOW THEREFORE IT IS STIPULATED AS FOLLOWS**:

1. The Xycarb Holland Deposition may be postponed from September 25, 2014 and rescheduled for Friday, October 17, 2014, at 9.00 a.m., at a venue in or in the vicinity of the town of Eindhoven;

2. In all other respects the deposition will proceed on the terms of the parties' stipulation of August 22, 2014, as approved by the Court on August 25, 2014 (Docket 389).

Dated: September 19, 2014          CARR & FERRELL LLP

                                   By: /s/Stuart C. Clark
                                         Stuart C. Clark

                                   Attorneys for LAM RESEARCH CORPORATION

Dated: September 19, 2014          WONG CABELLO LUTCSH RUTHERFORD & BRUCCULERI, LLP

                                   By: /s/J. David Cabello
                                         J. David Cabello, Esq.

                                   Attorneys for Defendant
                                   XYCARB CERAMICS, INC.

**ACCORDING TO STIPULATION, IT IS SO ORDERED**

DATED: September 19, 2014          _____
                                   IT IS SO ORDERED
                                   Judge Edward M. Chen
                                   UNITED STATES DISTRICT JUDGE