STUART C. CLARK (SBN 124152)
clark@carrferrell.com
BRYAN J. BOYLE (SBN 253725)
bboyle@carrferrell.com
MICHAEL T. ADELSHEIM (SBN 268817)
madelsheim@carrferrell.com
MARCUS H. YANG (SBN 273509)
myang@carrferrell.com
CARR & FERRELL LLP
120 Constitution Drive
Menlo Park, California 94025
Telephone:   (650) 812-3400
Facsimile:    (650) 812-3444

Attorneys for LAM RESEARCH CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAM RESEARCH CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SHUNK SEMICONDUCTOR and XYCARB CERAMICS;<br><br>Defendant. | CASE NO. CV03-01335 EMC (JCS)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL** |

1  The parties, through their respective undersigned counsel, hereby stipulate pursuant to Fed.
2  R. Civ. P. 41(a)(1) that: (1) all claims for relief asserted or attempted to be asserted in this action
3  (including any proposed amended complaint) against Schunk Semiconductor and Xycarb
4  Ceramics, Inc. or Xycarb Ceramics, B.V. ("Xycarb") by Lam Research Corp. ("Lam") are
5  dismissed with prejudice; (2) all counterclaims for relief asserted or attempted to be asserted
6  against Lam (including any proposed amended counterclaim) by Xycarb are dismissed with
7  prejudice; and (3) all attorneys' fees, costs of court and expenses of this action shall be borne by
8  each party incurring the same.

Dated:   September 22, 2014           CARR & FERRELL LLP


                                      By:  /s/ Stuart C. Clark
                                           STUART C. CLARK

                                      Attorneys for LAM RESEARCH CORPORATION


Dated: September 22, 2014             WONG CABELLO LUTCSH RUTHERFORD &
                                      BRUCCULERI, LLP

                                      BY:  /s/J. David Cabello
                                           J. DAVID CABELLO, ESQ.

                                      Attorneys for XYCARB CERAMICS, INC.




IT IS SO ORDERED.

DATED:  __9/24_____, 2014

                                      IT IS SO ORDERED
                                      [signature]
                                      Judge Edward M. Chen

                                      _____
                                      THE H_____ CHEN
                                      UNITE_____

1
STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL